JS - 6

# PRIORITY SEND

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

<u>CIVIL MINUTES -- GENERAL</u>

Case No.   EDCV 08-1787-VAP (FMOx)                               Date:  March 13, 2008

Title:     DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE FOR MORGAN STANLEY ABS CAPITAL I INC. TRUST 2006-HE5, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-HE5 -v- PEDRO TAPIA RODRIGUEZ and DOES 1 through X, inclusive

================================================================
PRESENT:        HONORABLE VIRGINIA A. PHILLIPS, U.S. DISTRICT JUDGE

|  |  |
|---|---|
| Marva Dillard | None Present |
| Courtroom Deputy | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFFS: | ATTORNEYS PRESENT FOR DEFENDANTS: |
|---|---|
| None | None |

PROCEEDINGS:     ORDER REMANDING CASE TO THE SUPERIOR COURT FOR THE COUNTY OF RIVERSIDE (IN CHAMBERS)

     The Court issued an Order to Show Cause as to subject matter jurisdiction on December 18, 2008.  Defendant failed to timely reply.  The Court hereby REMANDS the case to the California Superior Court for the County of Riverside.

     **IT IS SO ORDERED.**